UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MACHINSKI,<br><br>Defendant. | Case No. 3:11-cv-01118-LB<br><br>**ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN STUDENT LOAN CASES** |

Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Laurel Beeler for trial. In addition to following the rules in the standing order and the civil local rules, the parties are **ORDERED** to follow the procedures set forth below:

1. Within 20 days of the date of this Order, the plaintiff must mail to the defendant an accounting and a copy of any documents supporting the plaintiff's claims. The plaintiff must concurrently file the accounting with the court (without documents) and proof of service of the accounting.

2. Within 40 days of the date of this Order, the defendant must mail to the plaintiff a copy of any documents which the defendant claims prove payment of all or part of the loan or otherwise excuse the defendant's failure to pay the loan.

3. Within 60 days of the date of this Order, the parties must meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute.

ORDER (3:11-cv-01118-LB)

1  4.  Within two weeks after the meeting, the parties must file a joint statement about the status of the case. The letter must include the following:

(a) A brief description of the events underlying the lawsuit;

(b) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

(c) A suggested trial date and an estimate of the length of trial.

Thereafter, the court will schedule a case-management conference to discuss the status of the case and develop a trial schedule.

**IT IS SO ORDERED.**

Dated: January 26, 2016

LAUREL BEELER
United States Magistrate Judge